FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Ronald Barber

COMPLAINT

(Enter above the full name of the plaintiff in this action)

v.

Sgt. Stasser

Sgt. Danielle

S C/O - Macia

S C/O - W. Dotz

Nurse - Edith

Nurse - Roz

Lt. Daye

John & Jane Doe - 1-10

(Enter above the full name of the defendant or defendants in this action)

Filing Suit in Individual Capacity

Civil Action No. _____
(To be supplied by the Clerk of the court)

Date: 7/23/16

Civil Rights Complaint

1. Jurisdiction is asserted pursuant to:

   X
   _____    42 U.S.C. § 1983  (Applies to state prisoners)

   _____    Bivens V. Six Unknown Agents of Fed. Bureau of Narcotics.
   403 U.S. 388 (1971) and 28 U.S.C. Z 1331 (applies to federal prisoners.

If you want to assert jurisdiction under different or additional statutes, list these below:

_____

_____

2. Previously Dismissed Federal Civil Actions or Appeals _____

   a) Parties to previous lawsuit: _____

   _____

   _____

   Plaintiff(s): _____

   _____

   Defendant(s): _____

   _____

b) Court and docket number: _____

c) Ground for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted

Civil Rights Complaint

3. Place of Present confinement? East Jersey State Prison- Ad-Seg- unit -S.T.U.

4. Parties:

a) Name of plaintiff: Ronald Barker
   E.J.S.P. Ad-Seg- unit. S.T.U.
   Address: 8 Production Way
   Avenel, N.J. 07001
   Inmate #: 000104

b) First defendant - name: Sgt. Stasser
   Official position: D.O.C. Sgt. - 1st shift
   Place of employment: E.J.S.A - S.T.U. Avenel NJ.

How is this person involved in this case?
(i.e., What are you alleging that this person did or did not do that violated your constitutional rights?)

Acknowledge my 3rd degree burns, dis-regarded them. And placed me in isolation (lock up) for 11 1/2 hours. Causing the Hot chemical to burn through my skin. And telling the unit officers that I was o.k. when I wasn't.

Civil Rights Complaint

c) Second defendant - name: Sgt. Danielle

Official position: E 1st shift Sgt. / D.O.C.

Place of employment: E.J.S.P. - S.T.U.

How is this person involved in this case?
(i.e., What are you alleging that this person did or did not do that violated your constitutional rights?)

Handcuffing me and placing me in lock up, without letting the medical dept. know of my being scalded with boiling hot water mixed with Bleach. Causing my burns to become worse. From sitting in cell for 11½ hours." not getting any medical Attention"

Civil Rights Complaint

d) Third defendant - name: S C/O - MACIA

Official position: North unit Correctional Officer

Place of employment: E.J.S.P - S.T.U.

How is this person involved in this case? (i.e., What are you alleging that this person did or did not do that violated your constitutional rights?)

Dis-Regarded the threats that was made on my life from another Resident. Refused to De-Escalate the incident And acknowledge this Resident walking behind me with a Hot Substance in Cup. And did nothing until it was too late.

Fourth Defendant - Name: S/O - W. Datz
Official Position: North Unit Correctional Officer
Place of Employment: E.J.S.P. - S.T.U.

How is this person involved in this case? (i.e. what are you alleging that this person did or did not do, that violated your Constitutional Rights?)

Didn't and refuse to De-Escalate a serious situation. When threats was made on my life. Instead, he laughed and continued to watch T.V. until that resident fulfilled his threats, by causing me to get 3rd degree burns.

Fifth Defendant - Name: NURSE EDITH
Official Position: NURSE, at S.T.U. - 1st shift.
Place of Employment: E.J.S.P. - S.T.U.

How is this person involved in this Case? (i.e. what are you alleging that this person did or did not do, that violated your Constitutional Rights?)

For not giving me proper Medical Attention. Causing my Burns to elevate to 3rd Degree Burns.
Telling S.O.C. that I was ok, when I wasn't. And refused to Acknowledge the pain I was in.

**SIX** Defendant Name: NURSE ROZ
Official Position: NURSE - 2nd Shift
Place of Employment: EN.S.P. - S.T.U.

How is this person involved in this case? (i.e. what are you alleging that this person did or did not do that violated your constitutional rights?)

Overlooked my skin bubbling up, when rounds was made. Would not look up, and refused to write a report, letting the higher ups know of my skin peeling of[f] knee

SEVENTH DEFENDANT NAME: Lt. DAYE
OFFICIAL POSITION: 1st Shift Lt. D.O.C.
PLACE OF EMPLOYMENT: E.N.S.P.-S.T.U.

How is this person involved in this case? (i.e. what are you alleging that this person did or did not do, that violated your Constitutional Rights?)

Signing off and authorizing his SGT's to lock me in a cell for 11½ hours, after I have been burned severely.

Having no regards to my condition or the pain I was in.

5. I previously have sought informal of formal relief from the appropriate administrative officials regarding the acts complained of the Statement of Claims on page

_____ YES   ✓ NO

If your answer is "Yes," briefly describe the steps taken, including how relief was sough, from whom you sought relief, and the results.

If your answer is "No," briefly explain why administrative remedies were not exhausted.

Because I would have been placed in lock up again for making complaints

Civil Rights Complaint

6. Statement of Claims:



See Attached

1 of 7

On 6/28/16, At 6ᵗʰ AM, I was assigned to serve the North Unit breakfast. As I was serving, Another resident started arguing and threatening my physical being, because I didn't give him extra portions.

The North Unit Correctional Officers (S/O - Macia / S/O - W. Dote) Acknowledge the incident, but did nothing towards these threats towards my life and well being.

At, 7ᵗʰ AM, 6/28/16, the resident (Alford) returned and threw A extremely hot substance on me.

I started pulling my clothes off And yelled out, that Resident Alford threw something Hot on me.

S/O - W. Dote, (North Unit) then called Code (10-33), knowing that the threat was fulfilled.

1st Shift Sgt. Strasser / Sgt. Dowsey came to the north unit, Handcuffed me, took me to medical and the Nurse (Nurse - Edith / Nurse - Eddie and 2nd Shift Nurse - Roz) overlooked my Skin Bubbling, Stresser

Causing Sgt. Strasser to place me in Lock up, on the 3rd Floor

with no further medical attention. Even though the C/nurse, Edith, was told that the Hot Substance, was Scalding Hot water, mixed with Bleach.

On 6/28/16, At 11:30 AM, the D.H.S. Program Coordinator (MRS. J. Oldingo) And Dr. Bingols (D.H.S. Therapist) came to my cell in Lock (South unit - 3rd Fl, Cell 314.)

Saw my physical burns. And made a statement saying, "Oh my God. D.O.C, didn't tell us that it was that bad, then left."

I Remained in Lock up, cell #314, South unit, for 11½ hours. No medical attention or anything.

On 6/28/16, At 6pm, Another Resident (Resident Graves) yelled down stairs, telling the South unit officers, that I needed to see An outside Dr., Because my Skin is bubbling up even more.

2nd Shift Sgt. Wherle, came to the South unit, seen my physical condition, And had me taken out to a street hospital for severe Burns.

And the question was asked, "Who ordered for this man to be placed in Lock up, with no

3 of 7

Medical Attentions. And the person that order my being placed in lock up, is Lt. Daye, staff.

** Courts Ruled, you can use the Law of negligence. Negligence is a Tort like Assault and Battery under state Law.

If another prisoner Assaulted or Attacked you, prison officials ~~stop~~ should stop or prevent the Attack from happening. If they do not, you can sue them for negligence,

The Supreme Court Held prison staff show Deliberate Indifference when they fail to take Reasonable safeguards despite their actual knowledge of an excessive or substantial risk to a prisoner safety, If you were Assaulted By a prisoner and Believe prison officials Deliberate Indifference Allowed the Assault to happen, you will have to prove, the prison officials did "nothing" to prevent the Assault.

Court have mainly Applied the Deliberate Indifference, Standard Cases where a prison officials does not prevent a prisoner from Assaulting Another prisoner. Deliberate Indifference Lawsuits, are also known as "Failure to protect Clause," ** 8:30pm

on 6/28/16, At 6:29pm, I was Admitted to / into Robert Wood Johnson

Hospital, in Rahway, N.J.

The Medical Dr's there saw the severity of my burns. And had me re-transferred to Saint Barnabas, Hospital, for the severe burns.

2:30am ~~2:30 A.M.~~ I was admitted on 6/29/16, by Dr. Michael Marano,

I was told that I have 3rd degree burns on my face, neck, chest and back.

I was placed in Room #2118, the burns that was inflicted upon me, by Res. Alford,

Are 2nd and 3rd degree burns. Causing me to be placed in a Hydro-therapy tank, for serious burns.

Being place on a medication called "Oxycodone" for pain, every 4 hours.

On 7/14/16, at 8:30 p.m. I was returned back to the S.T.U. As per the D.H.S. Administrator (Merrill Main) and A.D.C. Sup. (Sherry ~~Yates~~ Yates )

Which, this facility, has no medical staff, who is trained to take care or dress 3rd degree burns.

Saint Barnabas Burn unit prescribed me (Oxycodone) for my pain. But the medical unit, took me

5 OF 7

off and put me on Tylenol 3, for my pain, telling me that it's not in their budget to supply me with my proper prescribed medication.

My bandages wasn't change for a week. And when I asked the unit correction officers, can I go to the institution hospital on 7/22/16, at 7⁰⁰ am.

I was told, that there's no 1st shift nurses in yet?

And then I was told by correction that I can't go outside, because my wounds (Burns) is far from being healed.

Also, these Correction officers (S/O-W. Datz / S/O-Macia) seen this incident escalating to a serious level. And done nothing to de-escalate the situation. "Until it was too late."

*** A Recent Court of Appeals' Decision in Thomas v. Cumberland cty, 749 F 3d 217 (3rd Cir. 2014) supports this conclusion.

There, a prisoner Filed a $1983 suit based on his being attacked by other inmates. "The attack occurred after a several-minute long verbal argument between the prisoners in the presence of corrections officers. "who could tell that a assault was imminent" but did not interfere until the prisoner suffered an injury, the prisoner asserted that the municipality and policymakers at the prison were liable

For his injuries in light of their failure to train correction officers in conflict de-escalation and intervention techniques.

The court focused on the sufficiency of the causal link between "the officers failure to take reasonable measures to protect the prisoner

And the municipality and supervisory officials administrative decisions that led to "failure to provide pre-service training on conflict de-escalation and intervention".

On 7/22/16, at 8 AM, I was taken back to Saint Barnabas Burn unit for dressing change and therapy. I brought it to the doctor (Dr. Marano) attention that the facility (S.T.U.-E.J.S.P.-Ad-Seg-unit) took me off of my pain meds and didn't change my dressing for a week.

Because it's not in their budget to pay for my pain medication.

And my nights are restless, due to the pain I be in.

When I returned back to the S.T.U., I questioned again, about can I get my prescribed medication for my pain.

And was again told by the medical staff, that they (S.T.U.) took me off, leaving me to endure this

Burning pain in my face, shoulders, chest mid, back,

※※ Courts Ruled, that when a prescribed medical treatment is denied, reduced or changed for non-medical reasons, including financial, administrative or logical, the denied, reduced or changed treatment suggests an act of deliberate indifference. ※※

Civil Rights Complaint

7. Relief

(State briefly exactly what you want the court to do for you. Make no legal argument. Cite no cases or statutes.)

I would like the courts to grant me the following injunctions.

A.) To be compensated for the mental pain & ~~so~~ physical pain that I am enduring, due to being locked in cell for 11 1/2 hrs.

B.) To be transfered to a federally funded facility.

C.) To have a court marshall assigned, to oversee the following injunctions & relief.

Civil Rights Complaint

8. Do you request a jury or non-jury trial? (Check only one)

(X) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the forgoing is true and correct to my knowledge, And would not knowingly or willfully give faults information to the court.

Signed this __23__ day of __July__, 20__16__

_____ #C00104
Signature of Plaintiff.

_____.

EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, (EACH) PLAINTIFF MUST SIGN THE COMPLAINT.